**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07907

**THIS ORDER IS APPROVED.**

Dated: April 22, 2010




**JAMES M. MARLAR**
Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kimberly Lynn Severson<br>        Debtor.<br>_____<br>Chase Auto Finance<br>        Movant,<br>    vs.<br><br>Kimberly Lynn Severson, Debtor, Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:08-bk-03132-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #56) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement dated December 17, 2005 and Movant is listed as the lien holder on the Arizona Department of Transportation, Motor Vehicle Division, wherein Chase Auto Finance is the current beneficiary and Kimberly Lynn Severson has an interest in, further described as:

Vehicle Description:  2005 NISSAN

Pathfinder-V6 Utility 4D SE 2WD

VIN:  5N1AR18U35C789186

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.